**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JOSE SANTANA DANIEL,

Petitioner,

v. Case No. 3:26-cv-2167-WWB-SJH

WARDEN, NORTH FLORIDA
DETENTION FACILITY, et al.,

Respondents.

---

**ORDER**

On September 3, 2026, the Court granted the Petition to the extent that it ordered Respondents to either (1) provide Petitioner with a bond hearing; or (2) release him from custody. (Doc. 9). A week later, an Immigration Judge ("**IJ**") denied Petitioner bond because he found that Petitioner was a flight risk and danger to the community. (Doc. 15 at 1; Doc. 15-1 at 3). Petitioner has now filed an Emergency Motion to Enforce Judgment ("**Motion**," Doc. 12). He asks the Court to review whether the bond hearing Respondents provided him complied with the Court's Order. (*Id.* at 1).

Respondents filed a response opposing the Motion (Doc. 15) with an exhibit (Doc. 15-1). They argue that a challenge to the IJ's discretionary bond decision is not proper in this forum and, if Petitioner disagrees with the IJ's decision, he should seek review with the Board of Immigration Appeals, not this Court. (Doc. 15 at 2). To that end, they contend the Motion should be denied. (*Id.*).

The Court agrees. Indeed, this Court lacks jurisdiction to sit in review of an IJ's discretionary finding that an alien is a flight risk or danger to the community and therefore

should be denied bond. *See Lopez-Arevelo v. Ripa*, 801 F. Supp. 3d 668, 678–79 (W.D. Tex. 2025) (citing 8 U.S.C. § 1226(e)). Here, Petitioner was provided with a bond hearing, and nothing suggests that the IJ failed to make factual findings or conduct an individualized determination. To the extent Petitioner disagrees with the IJ's determination, he may file an appeal with the Board of Immigration Appeals or request a custody redetermination. Whether the Court agrees with the IJ's flight risk determination is of no importance—the Court simply lacks jurisdiction to review such a discretionary finding. *See Lopez-Arevelo*, 801 F. Supp. 3d at 678–79.

Accordingly, it is **ORDERED** that Petitioner's Emergency Motion to Enforce Judgment (Doc. 12) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, on November 20, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7

C: Jose Santana Daniel, A232541341
Counsel of record